Frank DuBon, Respondent, v. New York and Long Island Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.

William C. Eckerson and Olga L. S. Eckerson, Appellants, v. Albert W. Brown, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.

George C. Eldridge, Appellant, v. Angelo Pinto and Silvio Pinto, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

Basilio Filardi, Appellant, v. Rowlah Realty Company, Inc., Impleaded with City of White Plains, Respondent.— Judgment modified by striking therefrom the portions which read as follows: " Adjudged. that the tax sales made to the Village of White Plains in the years 1903 and 1906 and to the Town of White Plains in the years 1910 and 1914 are paramount and superior to the lien of plaintiff under the transfer of tax lien hereinafter set forth." " Ordered, adjudged and decreed, that the defendant, City of White Plains, has a lien paramount and superior to the lien of plaintiff under said transfer of tax lien as to the following taxes, liens, sales and leases for the same, to wit: 1903–1904, village tax, sold December 19, 1906; 1901, village tax, sold December 1, 1903; 1913, town and school, sold October 6, 1914; 1910, town and school, sold October 3, 1911; and that said premises sold under this judgment shall be so sold subject to the lien of the defendant, City of White Plains, under the tax items and sales and leases for the same hereinabove set forth." As thus modified, the judgment is unanimously affirmed, with costs to the appellant. Present — Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ.

·May Fraser, Appellant, v. The City of New Rochelle, Respondent.— Order of the County Court of Westchester county affirmed, and judgment for costs vacated, without costs. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

F. W. Tunnell & Company, Inc., Appellant, v. Peter J. Herman, Respondent.— Judgment of the County Court of Nassau county reversed upon the law and the facts, with costs.· The findings of fact by the trial court numbered 4, 5, 9, 10, 11 and 13, and its conclusions of law numbered 1, 2, 3, 4, 5, 7, 8 and 9 are reversed; and this court makes new findings and conclusions that plaintiff's bill of sale or mortgage is valid and effectual and was accompanied by an immediate delivery of possession on February 19, 1921, and that the same was free from fraud; and directs judgment for plaintiff accordingly. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur. Settle order on notice.

James Fyfe, Appellant, v. Sound Development Company, Inc., and Others, Defendants, Impleaded with Fidelity and Deposit Company of Maryland, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Jaycox, Kelby and Young, JJ., concur; Blackmar, P. J., dissents. The appeal from the order is dismissed, without costs. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.